UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WARREN TERRY,

                                                   Plaintiff,

         -against-

MITCHELL SISTERS CORP d/b/a GRILL ON THE
HILL et al.,

                                                  Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-1535 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 4). A telephone conference will be held on **Tuesday, April 11, 2023 at 10:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

      **SO ORDERED.**

Dated: February 27, 2023
       New York, New York

                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2023