UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                       :

WARREN TERRY et al.,                              :

                          Plaintiffs,                  :
                                                       :                23-CV-1535 (JMF)
              -v-                                   :
                                                       :                      ORDER

MITCHELL SISTERS CORP. et al.,          :

                        Defendants.               :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 20, 2023 Order, ECF No. 23, the parties were required to file a joint letter, the contents of which are described therein and in ECF No. 20, by November 27, 2023, at 10:00 a.m.  To date, the parties have not filed any joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 28, 2023**, at **noon**.

       SO ORDERED.

Dated: November 27, 2023
          New York, New York                                 JESSE M. FURMAN
                                                             United States District Judge