UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WARREN TERRY et al.,                                              :
                                                                  :
                         Plaintiffs,                              :
                                                                  :          23-CV-1535 (JMF)
        -v-                                                       :
                                                                  :                ORDER
MITCHELL SISTERS CORP. et al.,                                    :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Defendants' counterclaims, *see* ECF No. 16, ¶¶ 118-23, and Plaintiff Terry's claims of retaliation brought under the Fair Labor Standards Act and New York Labor Law, *see* ECF No. 15, ¶¶ 90-104, are hereby DISMISSED as withdrawn.

- Plaintiffs shall file any motion for summary judgment by **January 25, 2024**; any opposition shall be filed within two weeks of a motion; any reply shall be filed within one week of the opposition.

      SO ORDERED.

Dated: November 29, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge