UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
WARREN TERRY et al.,                                :
                      Plaintiffs,   :
:         23-CV-1535 (JMF)
    -v-                                         :
:         ORDER
MITCHELL SISTERS CORP et al.,                       :
                      Defendants.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In view of the automatic stay by reason of section 362 of the Bankruptcy Code, the above entitled action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.

      SO ORDERED.

Dated: January 26, 2024
       New York, New York
                                    JESSE M. FURMAN
                                United States District Judge